| | | | |
|---|---|---|---|
| Com. v. Grove ..................... | 1822 MDA 2015 Reversed | 08/12/2016 | CP–60–CR–0000212–2002 (Union) |
| In the Interest of M.B.; Appeal of J.B.... | 132 MDA 2016 Appeal dismissed | 08/12/2016 | CP–67–DP–0000178–2015 (York) |
| In re M.R.B.; Appeal of J.B............ | 180 MDA 2016 Affirmed | 08/12/2016 | 2015–0125 (York) |
| Com. v. Grove ..................... | 1183 WDA 2014 Affirmed | 08/12/2016 | CP–63–CR–0001264–2012 (Washington) |
| Com. v. Younger ................... | 541 WDA 2015 Affirmed | 08/12/2016 | CP–02–CR–0011526–2010 (Allegheny) |
| Com. v. Robinson .................. | 1903 WDA 2015 Affirmed | 08/12/2016 | CP–25–CR–0001777–2008 (Erie) |
| Com. v. Pandey .................... | 26 WDA 2016 Affirmed | 08/12/2016 | CP–02–CR–0006932–2011 (Allegheny) |
| Com. v. Womack.................... | 89 WDA 2016 Affirmed | 08/12/2016 | CP–65–CR–0002102–2014 (Westmoreland) |
| Yurk v. Huffman ................... | 1714 EDA 2015 Affirmed | 08/15/2016 | 2007–10300 (Montgomery) |
| Com. v. Brisco .................... | 2252 EDA 2015 Reversed and Remanded | 08/15/2016 | CP–45–CR–0002316–2011 (Monroe) |
| Com. v. Horning ................... | 2646 EDA 2015 Affirmed | 08/15/2016 | CP–51–CR–0006140–2014 (Philadelphia) |
| Com. v. Manus..................... | 2879 EDA 2015 Affirmed | 08/15/2016 | CP–23–CR–0000521–2008 (Delaware) |
| Com. v. Ridgeway.................. | 3339 EDA 2015 Affirmed | 08/15/2016 | CP–51–CR–0406791–2002 CP–51–CR–0407611–2002 CP–51–CR–0407671–2002 CP–51–CR–0512841–2002 CP–51–CR–0801481–2002 (Philadelphia) |
| Com. v. Jones...................... | 3377 EDA 2015 Affirmed | 08/15/2016 | CP–23–CR–0002298–2009 (Delaware) |
| In the Interest of: K.D.T.............. | 3404 EDA 2015 Affirmed | 08/15/2016 | CP–51–AP–0000037–2015 (Philadelphia) |
| Ridgley v. GEICO .................. | 427 EDA 2016 Affirmed | 08/15/2016 | 150201909 (Philadelphia) |